THE PEOPLE VS. NORMAN D. STEVENS, adm'r, et al.

A motion to quash an appeal, from the decision of a circuit judge for defects in the appeal bond, should show upon the papers the defects and particularly specify the objections relied on.

*Motion by plaintiffs to quash appeal from the decision of circuit judge.*

THE SAME VS. THE SAME.

*Motion by plaintiffs for general costs in the cause.*—The plaintiffs' counsel stated that he moved in the first cause to quash the appeal, upon the ground that the bond given was defective, and not according to statute; the penalty was $150, the statute required it to be in the penalty of $200.

Defendants' counsel objected to the motion for the reason that it was not specified in the moving papers, or notice of motion; what the objection was, on which plaintiff relied, *and cited* 1 *Hill*, 216.

The motion in the second cause followed the decision in the first. If there was no appeal, then it was insisted plaintiffs were entitled to costs.

J. NEWLAND, *Plff's Counsel.*          R. B. MONELL, *Plff's Atty.*
J. H. COLLIER, *Defts Counsel.*          W. M. PATTERSON, *Defts Atty.*

BEARDSLEY, Justice.—Denied the first motion without costs and without prejudice, with leave to defendant to amend his bond within twenty days. The second was denied without costs and without prejudice.

In the first case it was held that the moving papers should specify the objections relied on, and inasmuch as the first motion was irregular, and the second regular, the judge balanced the decisions as stated.